# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. CHILDRESS, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01793-DAD-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 17) |

Plaintiff Lance Williams is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 25, 2022, the Court screened Plaintiff's first amended complaint, found no cognizable claims, granted Plaintiff thirty days to file a second amended complaint. (ECF No. 17.) Plaintiff has not responded to the Court's order and the time to do so has expired. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **July 5, 2022**

UNITED STATES MAGISTRATE JUDGE

1