# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. CHILDRESS, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01793-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(ECF No. 19.)<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

    Plaintiff Lance Williams is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 28, 2022, the findings and recommendations were entered, recommending that this case be dismissed based on Plaintiff's failure to comply with a court order.  (ECF Nos. 19 at 4.) Plaintiff was granted fourteen (14) days to file objections to the findings and recommendations. (*Id.*)  Despite receiving an extension of time to file objections, Plaintiff has failed to do so and the time period has now passed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

Accordingly,

1. The findings and recommendations issued by the magistrate judge on July 28, 2022, (ECF No. 19), are adopted in full;

2. This action is dismissed, without prejudice, based on Plaintiff's failure to comply with a court order; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 20, 2023

UNITED STATES DISTRICT JUDGE

2